USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DR. ANDREW KERR,

                              Plaintiff,

              -against-                     17-CV-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW       ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                             Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants have moved for summary judgment (Dkt. 104);

IT IS HEREBY ORDERED THAT:

1. The parties must appear for oral argument on Defendants' motion on **February 11, 2020 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

2. The parties must be prepared to discuss, *inter alia*: (1) what evidence in the record, if any, describes the exact requirements for the certification exam Dr. Mousavi was preparing to take and when exactly Dr. Mousavi fulfilled those requirements; and (2) the evidence in the record, if any, supporting Plaintiff's claim that he was denied daily IR procedures after April 2017.

**SO ORDERED.**

Date: January 23, 2020
      New York, New York

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**