USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_2/11/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

DR. ANDREW KERR,

                        Plaintiff,

         -against-

PHYSICIAN AFFILIATE GROUP OF NEW
YORK P.C., and DR. HUSSEIN MATARI,

                        Defendants.

----------------------------------------------------------X

17-CV-1777 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 11, 2020, the parties appeared for oral argument on Defendants'

motion for summary judgment and motion for spoliation sanctions (Dkts. 99, 104);

IT IS HEREBY ORDERED THAT:

1. For the reasons stated on the record at the hearing, Defendants' motion for summary
   judgment is granted in part and denied in part. Defendants' motion for spoliation
   sanctions is granted in part.

2. No later than **February 18, 2020**, the parties must submit a joint letter indicating whether
   they request a referral to Magistrate Judge Lehrburger for a settlement conference and
   providing the Court with three mutually agreeable trial dates in **May 2020** or **June 2020**.

The Clerk of Court is respectfully directed to close the open motions at dockets 99, 103, and

104.

**SO ORDERED.**

Date:  **February 11, 2020**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**