USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DR. ANDREW KERR,

                             Plaintiff,

              -against-                        17-CV-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW       ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                           Defendants.

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 18, 2020, the parties submitted a joint letter proposing three mutually agreeable trial dates and requesting a referral to Magistrate Judge Lehrburger for a settlement conference (Dkt. 141);

      IT IS HEREBY ORDERED THAT:

1. Trial will commence with jury selection on **June 9, 2020 at 10:00 a.m.** The parties must appear for a Final Pretrial Conference on **May 28, 2020 at 2:30 p.m.** No later than **April 24, 2020**, the parties must submit a joint pretrial order, joint requests to charge, and proposed voir dire questions, following this Court's Individual Practices in Civil Cases, Rule 8.

2. Motions *in limine* must be filed no later than **April 24, 2020**. Responses must be filed no later than **May 8, 2020**. There will be no replies.

3. By separate order today, the Court will refer the parties to a settlement conference with Magistrate Judge Lehrburger.

**SO ORDERED.**

**Date: February 18, 2020**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**