```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DR. ANDREW KERR,

                        Plaintiff,

           -against-                              17-cv-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW        ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                        Defendants:

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial teleconference was held on August 20, 2020;

IT IS HEREBY ORDERED THAT:

1. Motions *in limine* are due no later than **November 4, 2020**. Responses are due no later than **November 18, 2020**. There will be no replies.

**2.** A joint pretrial order, requests to charge, and proposed *voir dire* questions are due **December 16, 2020**. The parties are directed to the Undersigned's Individual Practices in Civil Cases for the required contents of their joint pretrial order. Proposed *voir dire* questions should focus specifically on the facts of this case.

3. The parties will receive at least one month notice of the trial date.

**SO ORDERED.**

Date:  **August 20, 2020**
          **New York, New York**

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**