USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW KERR, M.D.,

                Plaintiff,

       - against -

PHYSICIAN AFFILIATE GROUP OF
NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

17 Civ. 01777 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Whereas the issue of the amount of attorney's fees to be awarded in connection with Defendants' motion for spoliation sanctions was deferred pending a settlement conference, and whereas that conference took place but the case remains unresolved, by **September 1, 2020**, the parties shall submit a joint proposal for resolving the attorney's fees issues in an efficient manner and a schedule for same.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:       August 20, 2020
                New York, New York

Copies transmitted to all counsel of record.