```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW KERR, M.D.,                                       :
                                                         :
                              Plaintiff,                 :
                                                         :
              - against -                                :
                                                         :
PHYSICIAN AFFILIATE GROUP OF                             :
NEW YORK, et al.,                                        :
                                                         :
                              Defendants.                :
-------------------------------------------------------------X

17 Civ. 01777 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on September 3, 2020, regarding the procedure for resolving the issue of attorneys' fees associated with Defendants' successful spoliation motion, no later than **Thursday**, **September 10, 2020**: (1) Defendants shall provide the Court with the material previously provided to Plaintiff in support of Defendants' application for attorneys' fees; (2) Plaintiff shall provide the Court and Defendants with a concise letter setting forth Plaintiff's challenges to the fee application (Plaintiff need only provide examples of each type of challenge, and need not identify every example); and (3) both Plaintiff and Defendants, at their option, shall separately submit a letter to Court providing any information they think would be useful for the Court to know in resolving the dispute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 3, 2020
         New York, New York

Copies transmitted to all counsel of record.