UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW KERR, M.D.,

                Plaintiff,

       - against -

PHYSICIAN AFFILIATE GROUP OF
NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

17 Civ. 01777 (VEC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas Defendants moved against Plaintiff for spoliation sanctions; and whereas the Honorable Valerie E. Caproni, U.S.D.J., granted Defendants' motion with an award of attorneys' fee (Dkt. 140); and whereas Judge Caproni referred determination of the amount of attorneys' fees to the undersigned (Dkt. 146); and whereas the parties subsequently agreed to have the matter resolved by the undersigned; and whereas the Court has received and reviewed the parties' submissions and discussed the matter with the parties;

The attorneys' fees issue is hereby resolved as follows: the amount of attorneys' fees, to be paid by Plaintiff to Defendants within 30 days of this Order, is $40,000.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2020
       New York, New York

Copies transmitted to all counsel of record.