USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DR. ANDREW KERR, :
  :
                                  Plaintiff, :
  :
           -against- : 17-cv-1777 (VEC)
  :
PHYSICIAN AFFILIATE GROUP OF NEW : ORDER
YORK P.C., and DR. HUSSEIN MATARI, :
  :
                                Defendants: :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court previously informed the parties that they would receive at least one month notice of the trial date;

IT IS HEREBY ORDERED THAT:

1. Trial in this case will begin on **January 26, 2021 at 10:00 a.m.**

2. A final pretrial conference will be held in person on **January 21, 2021 at 2:00 p.m.**

3. A joint pretrial order, requests to charge, and proposed *voir dire* questions remain due **December 31, 2020**.

**SO ORDERED.**

Date: December 8, 2020
New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**