USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DR. ANDREW KERR,  :
 :
                        Plaintiff,  :
 :
        -against-  :      17-cv-1777 (VEC)
 :
PHYSICIAN AFFILIATE GROUP OF NEW  :      ORDER
YORK P.C., and DR. HUSSEIN MATARI,  :
 :
                        Defendants:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS trial in this case will begin on January 26, 2021;

       IT IS HEREBY ORDERED THAT: A teleconference will be held on **December 16, 2020 at 2:00 p.m.** The parties must appear for the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 1777. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: December 10, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**