USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,                                :
                                                :
                                  Plaintiff,    :
                                                :
              -against-                         :   17-cv-1777 (VEC)
                                                :
PHYSICIAN AFFILIATE GROUP OF NEW                :   ORDER
YORK P.C., and DR. HUSSEIN MATARI,              :
                                                :
                                 Defendants:    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on January 26, 2021;

IT IS HEREBY ORDERED THAT:

1. The trial date is adjourned *sine die*. The parties will receive at least one month notice of the new trial date.

2. The deadline to submit a joint pretrial order, requests to charge, and proposed *voir dire* questions is adjourned *sine die*.

SO ORDERED.

Date: December 16, 2020
      New York, New York

                                          _____
                                          VALERIE CAPRONI
                                          United States District Judge