```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,                                              :
                                                              :
                                        Plaintiff,            :
                                                              :
                    -against-                                 :     17-cv-1777 (VEC)
                                                              :
PHYSICIAN AFFILIATE GROUP OF NEW                              :     ORDER
YORK P.C., and DR. HUSSEIN MATARI,                            :
                                                              :
                                        Defendants:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case was adjourned *sine die*;

IT IS HEREBY ORDERED THAT:

1. Trial in this case will begin on **June 28, 2021 at 10:00 a.m.** The Court is hopeful that the number of COVID-19 cases will be sufficiently low by that point that the trial can proceed, given the COVID precautions that are in place in this district. All parties, attorneys, and any anticipated witnesses are encouraged to get vaccinated as soon as possible in their state.

2. A final pretrial conference will be held on **June 24, 2021 at 2:00 p.m.**

3. The joint pretrial order, requests to charge, and proposed *voir dire* questions are due by **March 31, 2021.**

4. Oral argument on the parties' motions *in limine* will proceed as scheduled on **February 1, 2021.** *See* Dkt. 189.

**SO ORDERED.**

Date: January 14, 2021                                     _____
         New York, New York                                         **VALERIE CAPRONI**
                                                                **United States District Judge**