UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021
```

-------------------------------------------------------------X

DR. ANDREW KERR,                                      :
                                                      :
                                    Plaintiff,        :
                                                      :
                  -against-                           :        17-cv-1777 (VEC)
                                                      :
PHYSICIAN AFFILIATE GROUP OF NEW                      :        ORDER
   YORK P.C., and DR. HUSSEIN MATARI,                 :
                                                      :
                                    Defendants:       :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 15, 2021, Defendants filed a supplemental reply brief in support

of their motion *in limine* (Dkt. 194);

       IT IS HEREBY ORDERED THAT:  No later than **January 26, 2021,** Plaintiff must

submit a letter, no more than four pages single-spaced, responding to the following issues raised

in Defendants' reply brief.  First, Plaintiff must respond to Defendants' request to exclude

evidence regarding the dismissed discrimination claim.  *See* Dkt. 194 at 1-4.  Plaintiff should

simply indicate whether he intends to introduce the evidence that Defendants are moving to

exclude; the Court will give Plaintiff ample time during oral argument to explain why he

disagrees with Defendants.  Second, Plaintiff must explain the basis for Dr. Leslie Kerr's opinion

that Dr. Matari's treatment of Plaintiff caused his injuries.  Plaintiff should also respond to

Defendants' claim that Plaintiff failed to comply with Federal Rule of Civil Procedure

26(a)(2)(C).

**SO ORDERED.**

Date:  **January 19, 2021**
       **New York, New York**

                                                      _____
                                                            **VALERIE CAPRONI**
                                                      **United States District Judge**