USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. ANDREW KERR,

                                Plaintiff,

           -against-                      17-cv-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW      ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                              Defendants:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument on the parties' motions *in limine* is scheduled for **February 1, 2021 at 10:00 a.m.;**

IT IS HEREBY ORDERED THAT:  Oral argument will take place through Skpe video. Links to appear via video will be sent to counsel directly.  Members of the public may attend the hearing by dialing 917-933-2166, using the conference ID 548198048.

**SO ORDERED.**

Date:  January 27, 2021
        New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**