USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DR. ANDREW KERR,                                    :
                                                    :
                                        Plaintiff,  :
                                                    :
            -against-                               :        17-cv-1777 (VEC)
                                                    :
PHYSICIAN AFFILIATE GROUP OF NEW                    :        ORDER
YORK P.C., and DR. HUSSEIN MATARI,                  :
                                                    :
                                       Defendants:  :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS oral argument on the parties' motions *in limine* was held on February 1,

2021;

IT IS HEREBY ORDERED THAT:

1.  For the reasons stated at oral argument, Plaintiff's motion is granted in part and

    denied in part.  Defendants' motion is also granted in part and denied in part.

2.  As previously directed, the joint pretrial order, requests to charge, and proposed *voir*

    *dire* questions are due by **March 31, 2021.**

3.  Trial in this case will begin on **June 28, 2021 at 10:00 a.m.**  A final pretrial

    conference will be held in person on **June 24, 2021 at 2:00 p.m.**

The Clerk of Court is directed to close the open motions at docket entries 172 and 173.


**SO ORDERED.**

_____
**Date:  February 1, 2021**                           **VALERIE CAPRONI**
       **New York, New York**                         **United States District Judge**