```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DR. ANDREW KERR,                          :
                                          :
                          Plaintiff,      :
                                          :
            -against-                     :   17-cv-1777 (VEC)
                                          :
PHYSICIAN AFFILIATE GROUP OF NEW          :   <u>ORDER</u>
YORK P.C., and DR. HUSSEIN MATARI,        :
                                          :
                          Defendants:     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on June 21, 2021;

IT IS HEREBY ORDERED THAT:

1. The trial is adjourned *sine die*. The parties should be prepared to go to trial some time in August, 2021. As soon as the Court receives a firm trial date, it will inform the parties.

2. The joint pretrial order, requests to charge, and proposed *voir dire* questions are due by **April 30, 2021.**

**SO ORDERED.**

**Date: March 24, 2021**               _____
**New York, New York**                      **VALERIE CAPRONI**
                                       **United States District Judge**