USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DR. ANDREW KERR,

                Plaintiff,

    -against-                    17-cv-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW      ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                Defendants:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on August 2, 2021;

IT IS HEREBY ORDERED THAT: No later than **May 13, 2021**, the parties are directed to submit a letter indicating whether there have been any changes in the attorneys' personal schedules such that this case could commence trial in July 2021.

**SO ORDERED.**

Date: May 11, 2021
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**