```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------X     ELECTRONICALLY FILED
DR. ANDREW KERR,                                :     DOC #:_____
                                                :     DATE FILED: 5/13/2021
                               Plaintiff,       :
                                                :
            -against-                           :     17-cv-1777 (VEC)
                                                :
PHYSICIAN AFFILIATE GROUP OF NEW                :         ORDER
YORK P.C., and DR. HUSSEIN MATARI,              :
                                                :
                               Defendants:
------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a teleconference was held on May 13, 2021;

IT IS HEREBY ORDERED THAT:

1. The parties should be prepared to begin trial on **July 26, 2021 at 10:00 a.m.** On March 24, 2021, counsel for Mr. Kerr indicated that she would be unavailable "from July 9 to July 20." Counsel did not indicate that she had any scheduling conflicts after July 20, 2021. Dkt. 208 at 14-18. Following the conference, in an email to all counsel dated March 24, 2021, the Court directed the parties to inform the Court immediately if counsel's travel plans or availability in July changed at any point in the subsequent months. The Court did not receive notice from any attorney regarding unavailability after July 20, 2021.

2. The Court will inform the parties as soon as it receives a firm trial date.

3. A final pretrial conference will be held on **July 1, 2021 at 10:00 a.m.** The conference will be held **in person** at 40 Foley Square in Courtroom 443. The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath

a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

**SO ORDERED.**

**Date: May 13, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**