```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #:
                                                DATE FILED: 6/4/2021
```

-------------------------------------------------------------X
DR. ANDREW KERR,                                :
                                                :
                               Plaintiff,       :
                                                :
        -against-                               :        17-cv-1777 (VEC)
                                                :
PHYSICIAN AFFILIATE GROUP OF NEW                :        ORDER
YORK P.C., and DR. HUSSEIN MATARI,              :
                                                :
                               Defendants:
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is tentatively scheduled to commence on **July 26, 2021 at 10:00 a.m.;**

IT IS HEREBY ORDERED THAT: The parties must appear for a teleconference on **June 4, 2021 at 3:30 p.m**. The parties must appear for the conference by dialing 888-363-4749, using the access code: 3121171 and the security code 1777.

**SO ORDERED.**

Date: June 4, 2021                                    _____
      New York, New York                              **VALERIE CAPRONI**
                                                      **United States District Judge**