UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2021

-------------------------------------------------------------- X
DR. ANDREW KERR,

                                Plaintiff,

                -against-                      17-cv-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW        ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                                Defendants:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to commence in the fourth quarter of 2021;

IT IS HEREBY ORDERED THAT:

1. The final pretrial conference scheduled for July 1, 2021 is adjourned *sine die*. The Court will set a new date for the final pretrial conference when it receives a firm trial date for this case.

2. No later than **August 1, 2021**, the parties must submit a letter indicating whether all parties, attorneys, and witnesses have been fully vaccinated against COVID-19 or will be by October 1, 2021.[1]

**SO ORDERED.**

**Date: June 30, 2021**
**New York, New York**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**

---

[1] A person is "fully vaccinated" two weeks after the second shot in a two shot series (such as Pfizer or Moderna) or the single shot of a one shot series (such as Johnson & Johnson).