USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DR. ANDREW KERR,                                 :
                                                           :
                                     Plaintiff,   :
                                                           :
                 -against-                           :                       17-cv-1777 (VEC)
                                                           :
PHYSICIAN AFFILIATE GROUP OF NEW   :                        ORDER
YORK P.C., and DR. HUSSEIN MATARI,   :
                                                           :
                                           Defendants:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.  The Clerk's Office also schedules up to three jury trials to be on standby for each week.

       On June 8, 2021, the Court informed the parties that it would request an in-person trial date in late October or early November 2021, subject to availability and the status of the COVID-19 pandemic.  *See* Dkt. 221.  The Clerk's Office has now notified the Court that this case has been placed on the **standby jury trial list** for the week of **October 25, 2021**.  This case is <u>number three</u> on the standby list.  This means that the case will not proceed the week of October 25, 2021, if the other trials scheduled for that week go forward.  If the case cannot proceed during the week of October 25, 2021, the Court will seek another jury trial date for as soon as possible thereafter.  The parties must be prepared for trial to commence **at any time**

**between October 25, 2021 and November 12, 2021.** As soon as the Court receives a firm trial date during that two-week window, it will inform the parties.

Unless the Court orders otherwise, the final pretrial conference will be held **in person** on **October 21, 2021 at 2:00 p.m.**

**SO ORDERED.**

**Date: August 30, 2021**
**New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**