```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,                                              :
                                                              :
                              Plaintiff,                      :
                                                              :
            -against-                                         :        17-cv-1777 (VEC)
                                                              :
PHYSICIAN AFFILIATE GROUP OF NEW                              :        ORDER
YORK P.C., and DR. HUSSEIN MATARI,                            :
                                                              :
                              Defendants:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 30, 2021, the Court informed the parties that this case had been placed on the standby jury trial list for the week of October 25, 2021 and directed the parties to be prepared for trial to commence at any time between October 25, 2021 and November 12, 2021 (Dkt. 227); and

      IT IS HEREBY ORDERED THAT the parties must appear for a teleconference on **October 14, 2021 at 5:30 p.m.** to discuss the schedule. The parties must appear for the conference by dialing 888-363-4749, using the access code: 3121171 and the security code 1777.

**SO ORDERED.**

**Date: October 13, 2021**
**New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**