```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,                                       :
                                                       :
                            Plaintiff,                 :
                                                       :
              -against-                                :      17-cv-1777 (VEC)
                                                       :
PHYSICIAN AFFILIATE GROUP OF NEW                       :      ORDER
YORK P.C., and DR. HUSSEIN MATARI,                     :
                                                       :
                            Defendants:                
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a final pretrial conference is scheduled for October 21, 2021 at 2:00 p.m. (Dkt. 227);

IT IS HEREBY ORDERED THAT the final pretrial conference is CANCELLED. The Court will set a new conference date after it has determined a new date for trial.

SO ORDERED.

Date: October 14, 2021                                       _____
       New York, New York                                          VALERIE CAPRONI
                                                                   United States District Judge