```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,                                :
                                                :
                            Plaintiff,          :
                                                :
            -against-                           :     17-CV-1777 (VEC)
                                                :
PHYSICIAN AFFILIATE GROUP OF NEW                :        ORDER
YORK P.C., and DR. HUSSEIN MATARI,              :
                                                :
                            Defendants:         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the Court is prepared to request an in-person trial date for the first quarter of 2022;

   IT IS HEREBY ORDERED THAT, **no later than 12:00 p.m. EST on November 12, 2021**, the parties must confer and provide the Court with three mutually convenient dates in the first quarter of 2022 to begin trial.


**SO ORDERED.**

Date:  November 10, 2021                              _____
       New York, New York                             **VALERIE CAPRONI**
                                                      **United States District Judge**