```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 DR. ANDREW KERR,                                              :
                                                               :
                                  Plaintiff,                   :
                                                               :
                -against-                                      :    17-CV-1777 (VEC)
                                                               :
 PHYSICIAN AFFILIATE GROUP OF NEW                              :          ORDER
 YORK P.C., and DR. HUSSEIN MATARI,                            :
                                                               :
                                  Defendants:                  :
-------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 3/31/22 |

VALERIE CAPRONI, United States District Judge:

WHEREAS based on an initial review of the parties' JPTO, the Court notes that Plaintiff intends to call 20 witnesses and Defendants intend to call 16 witnesses; and

WHEREAS the descriptions of the witnesses' proposed testimony suggest there will be substantial amounts of repetitive testimony;

IT IS HEREBY ORDERED THAT the parties must be prepared to discuss at the Final Pre-Trial Conference why the Court should not preclude proposed witnesses who appear to be providing cumulative testimony.

**SO ORDERED.**

Date: March 31, 2022
     New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**