```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. ANDREW KERR,                                    :
                                                    :
                                        Plaintiff, :
                                                    :
            -against-                               :     17-CV-1777 (VEC)
                                                    :
PHYSICIAN AFFILIATE GROUP OF NEW                    :         ORDER
YORK P.C., and DR. HUSSEIN MATARI,                  :
                                                    :
                                      Defendants:   :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/6/22

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT the parties must, in advance of the Final Pre-trial Conference scheduled for April 8, 2022 at 10:30 a.m., review their lists of proposed witnesses and exhibits and determine whether any should be removed from the list.  Each party must inform the Court, not later than **5:30 p.m. on April 7, 2022**, of any proposed witness or exhibit that is being withdrawn.

    IT IS FURTHER ORDERED that the parties must be prepared to discuss at the Final Pre-Trial Conference their objections to the opposing party's exhibits and their answers to their opponent's objections to any proposed exhibit, as the Court expects to rule on the admissibility of most exhibits at the conference.

    IT IS FURTHER ORDERED that the parties must be prepared to discuss the approximate length of the direct examination of any witness that party plans to call in its case in chief.

**SO ORDERED.**

Date:  April 6, 2022
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**