UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| DR. ANDREW KERR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | 17-CV-1777 (VEC) |
| | : | |
| PHYSICIAN AFFILIATE GROUP OF NEW YORK P.C., and DR. HUSSEIN MATARI, | : | ORDER |
| | : | |
| Defendants: | : | |

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/8/22___

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a Final Pre-Trial Conference on April 8, 2022; and

WHEREAS at that conference, the Court informed the parties that they would have no longer than 8.5 hours to present their cases;

IT IS HEREBY ORDERED THAT the parties will instead have no longer than **10 hours** to present their cases, including cross-examinations of the other party's witnesses but excluding opening arguments and summations.

**SO ORDERED.**

**Date:  April 8, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**