UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,

                              Plaintiff,

-against-

PHYSICIAN AFFILIATE GROUP OF NEW
YORK P.C., and DR. HUSSEIN MATARI,

                             Defendants:
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/22

17-CV-1777 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff's counsel has informed the Court of his need for an ergonomic chair;

    IT IS HEREBY ORDERED that counsel may bring his own ergonomic chair for use during trial. Counsel must receive advance permission and coordinate with courthouse security and any other appropriate offices within the courthouse as necessary.

**SO ORDERED.**

Date: April 8, 2022
      New York, NY

                                                  **VALERIE CAPRONI**
                                                 **United States District Judge**