```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 DR. ANDREW KERR,                                               :
                                                                :
                                      Plaintiff,                :
                                                                :
                  -against-                                     :      17-CV-1777 (VEC)
                                                                :
 PHYSICIAN AFFILIATE GROUP OF NEW                               :             ORDER
 YORK P.C., and DR. HUSSEIN MATARI,                             :
                                                                :
                                      Defendants:               :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/22
```

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED THAT the parties must appear for a telephonic conference on **April 28, 2022, at 11:00 a.m.** The parties must appear for the proceeding by calling (888) 363-4749 // Access Code: 3121171# // Security Code 1777#. The parties must be prepared to discuss the jury charge and verdict sheet at the conference. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date: **April 27, 2022**
       **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**