```
Case 1:17-cv-01777-VEC-RWL   Document 249   Filed 05/02/22   Page 1 of 1
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DR. ANDREW KERR,

                                         Plaintiff,

                  -against-                           17-CV-1777 (VEC)

PHYSICIAN AFFILIATE GROUP OF NEW        ORDER
YORK P.C., and DR. HUSSEIN MATARI,

                                  Defendants:
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/22

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that, for the reasons discussed on the record at the close of trial on Friday, April 29, 2022, the parties must submit a joint status report not later than **Friday, May 6, 2022**, with Plaintiff's proposed form of judgment and a suggested timetable for Plaintiff's fee application and Defendants' anticipated post-trial motion. If Defendants do not consent to the proposed form of judgment, they must file their objections with the Court not later than **May 13, 2022**.

**SO ORDERED.**

Date:  May 2, 2022                                 _____
         New York, New York                 **VALERIE CAPRONI**
                                                  **United States District Judge**