```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW KERR, M.D.,

                Plaintiff,

    - against -

PHYSICIAN AFFILIATE GROUP OF
NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

17-CV-1777 (VEC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A representative from the Office of the New York City Comptroller with full settlement authority is required to attend the settlement conference in the above-captioned case on June 14, 2022, at 9:30am in Courtroom 18D, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 7, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1