UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. ANDREW KERR,

                        Plaintiff,

        -against-

PHYSICIAN AFFILIATE GROUP OF NEW
YORK P.C., and DR. HUSSEIN MATARI,

                      Defendants:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/10/22

17-CV-1777 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED THAT the parties must submit a joint update regarding the status of settlement negotiations not later than **August 17, 2022**.

**SO ORDERED.**

Date:  August 10, 2022
       New York, New York

                                  **VALERIE CAPRONI**
                                  **United States District Judge**